UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Vanessa Munoz                                  Docket No. 5:12-CR-5-2BO

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Vanessa Munoz, who, upon an earlier plea of guilty to Conspiracy To Distribute and Possess With Intent to Distribute 5 Kilograms or More of Cocaine, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on August 22, 2012, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Vanessa Munoz was released from custody on January 7, 2015; however, she was detained on state charges in Texas. On May 12, 2015, she was released from state custody, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

During her presentence interview in 2012, Munoz reported previously suffering from anxiety attacks related to personal relationships. On May 27, 2015, during an office visit with this probation officer, Munoz reported that she continues to have issues with anxiety, and requested mental health counseling. The defendant signed a Waiver of Hearing agreeing to a proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: June 1, 2015

Vanessa Munoz
Docket No. 5:12-CR-5-2BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __4__ day of __June__, 2015 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge