# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8686
Fax: 919-861-5555

**DATE:** January 25, 2018

**FROM:** Timothy L. Gupton
U.S. Probation Officer

**SUBJECT:** MUNOZ, Vanessa
Case No.: 5:12-CR-5-2BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On August 22, 2012, pursuant to a guilty plea to Conspiracy to Distribute and Possess With the Intent to Distribute 5 Kilograms or More of Cocaine, Vanessa Munoz appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 48 months imprisonment to be followed by 5 years supervised release. The defendant was released from custody on January 7, 2015, and began supervision in the Eastern District of North Carolina.

She has performed satisfactorily on supervision. She has submitted to DNA testing, all drug screens have been negative, and she has been on low intensity supervision since December 2016. Her term of supervision is set to expire on January 6, 2020.

The probation office is requesting early termination. Assistant U.S. Attorney Jane Jackson has been contacted, and she has no objection to the early termination request. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          1-26-18
Terrence W. Boyle                  Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

        **v.**                                        **Crim. No. 5:12-CR-5-2BO**

**VANESSA MUNOZ**

On January 7, 2015, the above named was released from prison, and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain  
Michael C. Brittain  
Supervising U.S. Probation Officer

/s/ Timothy L. Gupton  
Timothy L. Gupton  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: January 25, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _January_, 2018.

Terrence W. Boyle  
U.S. District Judge